UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

      Plaintiff,

v.                                    Case No. 8:10-CV-166-T-17MAP

BRIAN L. MEEKER, as Trustee for the
BRIAN L. MEEKER TRUST dtd 12/06/1991,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

      THIS CAUSE is before the Court on the Receiver's motion for taxation of costs (doc. 147). Since Defendant Brian L. Meeker, as Trustee for the Brian L. Meeker Trust has failed to object to the bill of costs taxed by this Court on April 15, 2013, within the time set forth in my previous order dated April 12, 2013 (doc. 152), the Court assumes that Defendant has no objection to the entry of an order awarding the Receiver its costs incurred in this matter.[1] Accordingly, it is hereby

      RECOMMENDED:

      1.  The Receiver's motion to tax costs (doc. 147) be **GRANTED.**

      2.  Defendant be directed to pay to the Receiver $2,360.05 for the taxable costs it incurred

---

     [1] Although Rule 54(d)(1) directs the Defendant to file objections to the Clerk's taxation of costs within seven (7) days, I granted Defendant's motion for extension of time (doc. 148) and directed Defendant to file objections to the Clerk's taxation of costs within thirty (30) days. *See* Order, doc. 152.

in this matter.

IT IS SO REPORTED in chambers at Tampa, Florida on June 14, 2013.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: Counsel of Record
 Honorable Elizabeth A. Kovachevich