**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

       Plaintiff,

vs.                         Case No. 8:10-CV-166-T- EAK-MAP

BRIAN L. MEEKER, as Trustee for the
BRIAN L. MEEKER TRUST dtd 12/06/1991,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on June 14, 2013 (Doc. 156). The magistrate judge recommended that the motion for taxation of costs (Doc. 147) be granted and the plaintiff be awarded taxable costs in the amount of $2,360.05.

       Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a <u>de novo</u> review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, June 14, 2013 (Doc. 156) be **adopted** and **incorporated by reference**; the motion for taxation of costs (Doc. 147) be granted and the plaintiff be awarded taxable costs in the amount of $2,360.05.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of July, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
Assigned Magistrate Judge